```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D STANLEY
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  (916) 554-2700
    (916) 554-2900 FAX
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      ) 2:13-MJ-282-EFB
                                   )
12                   Plaintiff,    ) [PROPOSED] ORDER TO DISMISS
                                   ) COUNT ONE OF THE INFORMATION
13  v.                             )
                                   )
14                                 )
    JUSTIN G. PALMER,              )
15                                 )
                     Defendant.    )
16                                 )
                                   )
17
18      It is hereby ordered that Count One of the Information in Case
19  Number 2:13-MJ-282-EFB is dismissed without prejudice.
20      IT IS SO ORDERED
21  DATED: December 3, 2013
                                   _____
22                                 EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE
```