HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
MICHAEL HEUMANN
KATIE REED
Certified Law Students
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
JUSTIN G. PALMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-mj-282-EFB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL TO FEBRUARY 18, 2014, AT 10:00 A.M. |
| v. | |
| JUSTIN G. PALMER, | Date:  February 18, 2014 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Honorable Edmund F. Brennan |

The parties stipulate, through respective counsel, that the Court should continue the trial set for January 28, at 9:00 a.m., to February 18, 2014, at 10:00 a.m.

The government has expressed a conflict on the January 28, 2014 date and counsel and the defendant have agreed to a continuation for this purpose and to allow further negotiations.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

/////

/////

/////

/////

DATED: January 22, 2014  Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Linda Harter_____
LINDA HARTER
Chief Assistant to the Federal Defender
Attorneys for Justin Palmer

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the trial rescheduled for February 18, 2014, at 10:00 a.m.

DATED: January 24, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE