BENJAMIN B. WAGNER
United States Attorney
PETER M. MULARCZYK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JUSTIN G. PALMER,<br><br>           Defendant. | 2:13-MJ-00282-EFB<br><br>[~~PROPOSED~~] ORDER TO DISMISS COUNT TWO OF THE INFORMATION |

   It is hereby ordered that Count Two of the Information in Case Number 2:13-MJ-00282-EFB is dismissed without prejudice.

   IT IS SO ORDERED

DATED: February 18, 2014

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE